# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS AWAD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GETINGE USA, INC., a Delaware corporation; <br> GETINGE USA SALES, LLC, a Delaware limited liability company; and <br> DOES 1-20, inclusive, <br><br> Defendants. | **Case No.: CV 18-7453-DMG (Ex)** <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [19]** |

Having read and considered Plaintiff Elias Awad and Defendants Getinge USA, Inc. and Getinge USA Sales, LLC's Stipulation for Dismissal of Entire Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action is dismissed in its entirety with prejudice. The parties shall bear their own fees and costs.

DATED: October 25, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE